ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Malika and Refa Environmental Solutions | ) | ASBCA Nos. 63333, 63480, 63481 |
| | ) | |
| Under Contract Nos. 0049553304 | ) | |
| 0049553705 | ) | |
| 0049553905 | ) | |

APPEARANCES FOR THE APPELLANT:     Paul A. Debolt, Esq.
                                   Lindsay M. Reed, Esq.
                                     Venable LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
                                      DLA Chief Trial Attorney
                                    Michael J. Kerrigan, Esq.
                                    Robin E. Walters, Esq.
                                      Trial Attorneys
                                      DLA Disposition
                                      Battle Creek, MI

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: June 1, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63333, 63480, 63481, Appeals of Malika and Refa Environmental Solutions, rendered in conformance with the Board's Charter.

Dated: June 1, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals